# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 3:13cr92/MCR

HERBERT LAWAND McNEIL, JR.

_____/

# O R D E R

Defendant appeared before this Court for sentencing on January 21, 2014, and was sentenced to be imprisoned for a term of 84 months, with credit for time served from July 29, 2013.  (*See* doc. 30).  With knowledge that Defendant was in primary state custody pending sentencing in Escambia County, Florida, Case No. 2013-CF3374 and 2013-CF-3763 for criminal charges arising from the same offense, the Court ordered Defendant's federal sentence to begin immediately and designated any state penal institution for service of Defendant's federal sentence.  Consistent with the Court's intent at sentencing, the 84 months of imprisonment imposed on January 21, 2014, shall run concurrently with the sentences of imprisonment imposed on February 5, 2014, in Escambia County, Florida, Case No. 2013-CF3374 and 2013-CF-3763.

**SO ORDERED** this 2nd day of April, 2014.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**